United States District Court
Southern District of Texas
**ENTERED**
March 02, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| KICKCITY USA, INC. and CHINONSO EZEUDU | § § § § |
| v. | § § CIVIL ACTION NO. H-21-4056 |
| T-MOBILE US, INC. | § § § |

## FINAL JUDGMENT

In accordance with the court's Memorandum Order, this action is DISMISSED without prejudice.

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 2nd day of March, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE